UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -*against*-

RUDY MENA,

        Defendant.

**ORDER**

16 Cr. 850 (ER)

RAMOS, D.J.:

    The Court is in receipt of Mena's motion for compassionate release. The Government is instructed to respond by no later than June 14, 2021.

It is SO ORDERED.

Dated:   June 1, 2021.
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.