UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

*– against –*

RUDY MENA,

Defendant.

**ORDER**

16-cr-850-1 (ER)

RAMOS, D.J.:

On November 12, 2026, Mena filed a motion pursuant 28 U.S.C. § 2255. Doc. 81. Accordingly, the government is directed to respond by **December 16, 2026**.

It is SO ORDERED.

Dated: November 18, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.