UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDY MENA,

Petitioner,

*-against-*

UNITED STATES OF AMERICA,

Respondent.

26-cv-10066 (ER)

ORDER TO ANSWER,
28 U.S.C. § 2255

RAMOS, D.J.:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

The Government is directed to respond by **December 16, 2026**.

Mr. Mena shall have thirty days from the date on which he is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number, 16-CR-850, and will be docketed in the criminal case.

It is SO ORDERED.

Dated: November 23, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.